**Opinion issued November 8, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-16-00792-CV

_____

**KIELLE MCNEAL, Appellant**

**V.**

**RICHARD E. SOELL, ET AL., Appellees**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Case No. 74641I

## MEMORANDUM OPINION

Appellant, Kielle McNeal, has filed a motion to dismiss his appeal. More than ten days have elapsed since the filing of the motion and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.